UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                                                  **16-CR-62-RJA**

SHERROD OGLETREE,                                             **SENTENCING MEMORANDUM**

            Defendant.
_____

       Mr. Ogletree is facing a mandatory minimum term of imprisonment of 15 years.  That is a very severe sentence.

       While there is no excuse for Mr. Ogletree's conduct, it should be noted that he was 20 years old at the time of his conduct.  He has no High School Diploma or GED.  As set forth in the Presentence Report, Mr. Ogletree has been on his own for most of his life.  His parents were not part of his life.  He was bounced from one home to another until he was entirely on his own at age 17.  He has been excessively drinking and using marijuana since age 14.  Up until the time of his arrest, he was using ecstasy pills on a daily basis and using prescription pain medication.  Whatever the sentence of the Court, Mr. Ogletree will be subject for the rest of his life to the severe terms of the Sex Offender Registration and Notification Act.  That, in and of itself, is severe punishment for his acts.

Counsel submits that 15 years is more than sufficient to satisfy the Sentencing Guidelines and the applicable statutes

**DATED**:	Buffalo, New York, September 8, 2016.

Respectfully submitted,

**/s/ John Humann**
John Humann
Senior Litigator
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
john_humann@fd.org
Counsel for Defendant Sherrod Ogletree

**TO:**	Trini E. Ross
Assistant United States Attorney

David W. Ball
United States Probation Officer